## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRIAN ZALEWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs.- | ) | Case No. CIV-2021-798-JD |
| | ) | |
| CITY OF CHICKASHA, | ) | |
| Oklahoma, a municipal corporation | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the plaintiff and the defendant, by and through their counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above entitled cause of action be dismissed with prejudice to refiling, with all parties to bear their own costs and attorney fees incurred herein.

Dated this 25th day of July, 2022

/s/ Mark Hammons*
*by filing attorney,with permission
Mark Hammons, OBA #3784
325 Dean A.McGee Avenue
Oklahoma City, Oklahoma 73102
(405) 235-6100
**Attorney for Plaintiff**

/s/ Margaret McMorrow-Love
Margaret McMorrow-Love, OBA #5538
THE LOVE LAW FIRM
228 Robert S. Kerr Ave., Suite 540
Oklahoma City, Oklahoma 73102
(405) 235-3848
**Attorney for Defendant, City of Chickasha**